United States District Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THOMAS TAYSSON BATISTA RAMOS, § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 1:25-CV-175 |
| § | |
| FRANCISCO VENEGAS, *et al.*, § § | |
| Respondents. § | |

## ORDER

The Court has reviewed Petitioner's Motion for a Preliminary Injunction to Maintain the Status Quo or Consolidation with a Decision on the Merits in the Alternative under FRCP 65(a)(2) (Doc. 11).[1] Petitioner seeks a preliminary injunction based, in part, on Respondents' position that "a removal date of no later than the end of October 2025 is anticipated" for Petitioner. (Respondents' Response, Doc. 10, 3)

A court has inherent power to issue injunctive relief to preserve the status quo pending resolution of determinative issues. *See ITT Cmty. Dev. Corp. v. Barton*, 569 F.2d 1351, 1359 n.19 (5th Cir. 1978) ("A federal court has the power under the All Writs Act to issue injunctive orders in a case even before the court's jurisdiction has been established. When potential jurisdiction exists, a federal court may issue status quo orders to ensure that once its jurisdiction is shown to exist, the court will be in a position to exercise it.").

To facilitate the Court's expedited consideration of Petitioner's request for a preliminary injunction, and to preserve the status quo pending the resolution of the issues that the request presents, it is:

---

[1] The Court has referred this case to Magistrate Judge Karen Betancourt to conduct all pretrial proceedings, pursuant to 28 U.S.C. § 636(b)(1). (Order, Doc. 4) To expedite the consideration of Petitioner's request for emergency injunctive relief, the Court will adjudicate the matter directly, but this does not affect the referral of the matter to Magistrate Judge Betancourt under Section 636(b).

**ORDERED** that a hearing on the Motion for a Preliminary Injunction is scheduled for October 2, 2025, at 1:30 p.m. The Court shall conduct the hearing by videoconference, unless a party intends to call witnesses at the hearing. If a party intends to call witnesses, the party shall inform opposing counsel and the Court's Case Manager by no later than September 26, 2025, and the hearing shall be conducted in person.

It is also **ORDERED** that by no later than September 30, 2025, Respondents shall file a response to the Motion for a Preliminary Injunction.

It is also **ORDERED** that if Respondents intend to remove or deport Petitioner before October 3, 2025, Respondents shall provide the Court with at least 48 hours' notice of the intent to remove or deport Petitioner before October 3, 2025.

Signed on September 24, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge