United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THOMAS T. BATISTA RAMOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-175 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

In August 2025, Thomas T. Batista Ramos filed a petition for a writ of habeas corpus, challenging his continued detention in immigration custody. (Pet., Doc. 1) He then filed a Motion for Preliminary Injunction (Doc. 11), seeking an order mandating his immediate release from custody and, in the alternative, that the Court consolidate his request for a preliminary injunction with a trial on the merits under Federal Rule of Civil Procedure 65(a)(2).

On October 2, 2025, the Court held a hearing on the Motion for Preliminary Injunction. For the reasons stated on the record, the Court finds that Petitioner is not entitled to relief. Accordingly, it is:

**ORDERED** that Petitioner Thomas T. Batista Ramos's Motion for Preliminary Injunction (Doc. 11) is **DENIED** because the Court lacks subject matter jurisdiction to provide the requested relief;

**ORDERED** that Petitioner Thomas T. Batista Ramos's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED as moot**; and

**ORDERED** that, based on Federal Rule of Civil Procedure 62(d) and the Court's inherent power to issue injunctive relief to maintain the status quo to permit a party to seek appellate review, the Respondents shall not remove the Petitioner from the United States before October 8,

2025, at 5:00 p.m.  This relief will expire automatically without further court order after 5:00 p.m. on October 8, 2025.

      The Clerk of Court is directed to close this case.

      Signed on October 2, 2025.

                                                                       Fernando Rodriguez, Jr.
                                                                       United States District Judge